IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH DOUGHERTY,** et. al, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:17-CV-01541-JFC |
| **JARED DUPES,** et. al, | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this 15th day of August 2018, in accordance with the foregoing memorandum opinion, in consideration of the motion for reconsideration (ECF No. 72) and the motion to strike (ECF No. 74) filed by plaintiff Keith Dougherty, IT IS HEREBY ORDERED that the motions ARE DENIED.

IT IS FURTHER ORDERED that in accordance with the court's prior order on March 2, 2018, the document filed at ECF No. 77 is STRICKEN.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge