IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH DOUGHERTY,** et. al, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:17-CV-01541-JFC |
| **JARED DUPES,** et. al, | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this 15th day of August, 2018, in accordance with the foregoing memorandum opinion, in consideration of the motion of the Commonwealth Court Clerk and the Pennsylvania Unified Judiciary to dismiss the complaint of Keith Dougherty ("plaintiff"), (ECF No. 78), the accompanying brief in support of the motion to dismiss, (ECF No. 79), and the response of plaintiff thereto, (ECF No. 81), IT IS HEREBY ORDERED that the motion to dismiss the plaintiff's complaint is GRANTED.

The complaint of plaintiff Keith Dougherty is DISMISSED with prejudice as against defendants the Commonwealth Court Clerk and the Pennsylvania Unified Judiciary.

    By the court:

    /s/ Joy Flowers Conti
    Joy Flowers Conti
    United States District Judge