IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH DOUGHERTY,** et. al, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:17-CV-01541-JFC |
| **JARED DUPES,** et. al, | ) ) ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 15th day of August, 2018, in accordance with the foregoing memorandum opinion,

IT IS HEREBY ORDERED that the motion for reconsideration (ECF No. 94) IS DENIED; and,

IT IS FURTHER ORDERED that this action as against defendants, as identified in the caption of the complaint, Jared Dupes sued in his official and "supervisory capacity," "Christopher Conner, IN his Executive Function;" and "Caldwell, Jones, Carlson, Blewit, Welsh 'in their official capacity,'" IS DISMISSED without prejudice for the failure of plaintiff Keith Dougherty to effect service of original process upon these defendants.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

1