IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH DOUGHERTY,** et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-CV-01541-JFC |
| | ) | |
| **JARED DUPES,** et. al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 15th day of August, 2018, in accordance with the foregoing memorandum opinion, and upon consideration of the motion of plaintiff Keith Dougherty ("plaintiff") for joinder (ECF No. 9) and the document docketed by plaintiff as "Supplemental JOINDER COMPLAINT," that is in actuality a copy of a "Motion for Reconsideration and *En Banc* Panel Review" previously filed in a matter before the Court of Appeals for the Third Circuit, (ECF No. 36),

IT IS HEREBY ORDERED that the motion for joinder of "Senior Judge Robreno of the ED PA, along with the ED Chief Clerk Philadelphia Office, Chief Judge Simandle of the NJ District Court, the Deputy Clerk in Charge of the Camden District Court Defendants; Judge Kramer, Judge Schweitzer, and Judge Ragonese of the 'NJ Superior Court" as defendants (ECF No. 9) IS DENIED,

IT IS FURTHER ORDERED that the document docketed by plaintiff at ECF No. 36 as "Supplemental JOINDER COMPLAINT" IS STRICKEN to the extent plaintiff contends it to be a joinder complaint, and

FINALLY, IT IS ORDERED that all defendants having been dismissed from this action, all

remaining pending motions are denied as moot and the clerk is ordered to mark this case closed.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge