IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KEITH DOUGHERTY,** et. al,  )
  )
  Plaintiffs,  )
  )
  v.  ) Civil Action No. 1:17-CV-01541-JFC
  )
**JARED DUPES,** et. al,  )
  )
  Defendants.  )

## ORDER

AND NOW, this 4th day of December, 2018, in accordance with the foregoing memorandum opinion,

IT IS HEREBY ORDERED that the motions for reconsideration (ECF Nos. 150, 152, 154, 156) ARE DENIED;

IT IS FURTHER ORDERED that to the extent plaintiff intends ECF No. 160 to be a motion for reconsideration IT IS DENIED;

IT IS FURTHER ORDERED that to the extent plaintiff intends a motion for reconsideration of the court's order at ECF No. 143, IT IS DENIED as successive; and

FINALLY, IT IS ORDERED that the motion for a hearing (ECF No. 160) IS DENIED.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge